IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDO SAAVEDRA-RAMIREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:25-78 |
| MICHAEL UNDERWOOD, WARDEN FCI LORETTO, | ) | Judge Nora Barry Fischer |
| | ) | Magistrate Judge Keith A. Pesto |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

AND NOW, this 28th day of January, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on October 15, 2025, (Docket No. 19), recommending that the § 2241 habeas petition filed by Petitioner Rando Saavedra-Ramirez be denied with prejudice because he is ineligible for earned time credits due to a final order of removal from Immigration and Customs Enforcement, and directed that objections were due within 14 days such that objections for non-ECF users were due by October 29, 2025, the timely Objections filed by Petitioner, (Docket No. 20), this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's October 15, 2025 Report and Recommendation, (Docket No. 19),

IT IS HEREBY ORDERED that Petitioner's Objections [20] are OVERRULED because Petitioner has not shown that he is entitled to have earned time credits applied to his release computation as he is a non-citizen subject to a final order of removal issued by an immigration officer in 2005 and approved by a supervisor, (Docket No. 12-3 at 2). *See e.g., Pisman v. Warden*

1

*Allenwood FCI Low*, No. 23-2048, 2023 WL 6618238, at *1 (3d Cir. Oct. 11, 2023) ("Contrary to his argument, Pisman, a foreign citizen assigned a "deportable alien" public safety factor on whom Immigration and Customs Enforcement has a detainer, is ineligible to use earned time credits for immediate release to residential re-entry programs or home confinement, pursuant to BOP regulations."); *Said v. Underwood*, No. 3:23-CV-00164, 2025 WL 90145, at *2 (W.D. Pa. Jan. 14, 2025) ("the Court concludes that Petitioner is ineligible to apply earned time credits under 18 U.S.C. § 3632(d)(4)(E) and will deny the Petition on that basis" as he is subject to a final order of removal).  Hence, his § 2241 petition must be denied. *Montano v. Peters et al.*, Civ. A. No. 3:24-cv-143-NBF-KAP, Docket No. 8 (W.D. Pa. Sept. 30, 2025) (denying § 2241 petition of inmate challenging computation of sentence for no earned time credits as he was non-citizen paroled into the United States for drug trafficking prosecution and subject to final order of removal);

IT IS FURTHER ORDERED that the October 15, 2025 Report and Recommendation [19] is ADOPTED as the Opinion of the Court;

IT IS FURTHER ORDERED that the Petition [6] is DENIED, with prejudice;

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer, Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:   RANDO SAAVEDRA RAMIREZ, Reg. No. 44239-180
      LORETTO
      FEDERAL CORRECTIONAL INSTITUTION
      P.O. BOX 1000
      CRESSON, PA 16630 (via first class mail)